```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH D. FARACI                :      CIVIL ACTION
                                :
        v.                      :
                                :
JAMES L. GRACE, et al.          :      NO. 04-1163
```

ORDER

AND NOW, this 22nd day of February, 2007, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (docket entry # 1), the response opposing that petition (docket entry # 12), the January 19, 2007 Report and Recommendation of the Honorable Timothy R. Rice (docket entry # 13), and petitioner's failure to object within ten days of service of the Report and Recommendation, as required by 28 U.S.C. § 636(b)(1) and the letter accompanying the Report and Recommendation, and the Court, in any event, agreeing with Judge Rice's cogent analysis,[1] it is hereby ORDERED that:

1.  The Report and Recommendation is APPROVED and ADOPTED;

2.  The petition for writ of habeas corpus is DENIED;

3.  The Clerk shall CLOSE this matter statistically; and

4.  Petitioner having failed to make a substantial showing of the deprivation of a constitutional right, we DECLINE to issue a certificate of appealability.

BY THE COURT:


/s/ Stewart Dalzell, J.

---

[1] Judge Rice recommended that we deny the petition because each of the eighteen claims is either procedurally defaulted and/or non-cognizable.